```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
_____
                                    :
MICHAEL PAVLYIK,                    :
                                    :
         Petitioner,                :   Civ. No. 19-17691 (NLH)
                                    :
    v.                              :   MEMORANDUM OPINION & ORDER
                                    :
                                    :
PATRICK NOGAN,                      :
                                    :
         Respondent.                :
_____:
```

APPEARANCE:

Michael Pavlyik
695073
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

    Petitioner Pro se

Christine A. Hoffman, Acting Gloucester County Prosecutor
Dana R. Anton, Acting Senior Assistant Prosecutor
Office of the County Prosecutor
P.O. Box 623
Woodbury, NJ 08096

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Michael Pavlyik filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on July 8, 2020, see ECF No. 6; and

WHEREAS, Respondent requests an extension until October 8, 2020 to submit its answer, ECF No. 8,

THEREFORE, IT IS on this  23rd   day of September, 2020

ORDERED that Respondent's request for an extension, ECF No. 8, is granted.  The response is due October 8, 2020; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey

          s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.