```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                              :
MICHAEL PAVLYIK,              :
                              :
        Petitioner,           :   Civ. No. 19-17691 (NLH)
                              :
    v.                        :   **MEMORANDUM OPINION & ORDER**
                              :
                              :
PATRICK NOGAN,                :
                              :
        Respondent.           :
_____:

APPEARANCES:

Michael Pavlyik
695073
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

    Petitioner Pro se

Christine A. Hoffman, Acting Gloucester County Prosecutor
Dana R. Anton, Acting Senior Assistant Prosecutor
Office of the County Prosecutor
P.O. Box 623
Woodbury, NJ 08096

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Michael Pavlyik filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, Respondent filed its answer on October 8, 2020, see ECF No. 10; and

WHEREAS, Petitioner wrote to the Court stating he never received a copy of the answer. ECF No. 12. He asks for a copy of the answer and for an extension to file any response,

THEREFORE, IT IS on this __24th__ day of November, 2020

ORDERED that Respondent shall resend a copy of its answer to Petitioner and file a new certificate of service on the docket stating when the answer was sent; and it is further

ORDERED that Petitioner may have 30 days from receipt of the answer to file any response; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.