```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                   :
MICHAEL PAVLYIK,                   :
                                   :
         Petitioner,               :   Civ. No. 19-17691 (NLH)
                                   :
    v.                             :   **MEMORANDUM OPINION & ORDER**
                                   :
                                   :
PATRICK NOGAN,                     :
                                   :
         Respondent.               :
_____:

APPEARANCES:

Michael Pavlyik
695073
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

    Petitioner Pro se

Christine A. Hoffman, Acting Gloucester County Prosecutor
Dana R. Anton, Acting Senior Assistant Prosecutor
Office of the County Prosecutor
P.O. Box 623
Woodbury, NJ 08096

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Michael Pavlyik filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, Respondent filed its answer on October 8, 2020, see ECF No. 10; and

WHEREAS, Petitioner wrote to the Court stating he never received a copy of the answer.  ECF No. 12.  The Court ordered Respondent to send a new copy to Petitioner and extended the time for Petitioner to file his traverse by 30 days after he received the answer, ECF No. 13; and

WHEREAS, Petitioner sent a letter to the Court indicting he received the answer on December 16 and asked the last possible day to submit his traverse, ECF No. 15.  The Court construes this as a request for an extension; and

WHEREAS, Petitioner may have until February 16, 2021 to submit his traverse.  The traverse must be submitted to prison officials for mailing by that date,

THEREFORE, IT IS on this   29th    day of December, 2020

ORDERED that Petitioner may have until February 16, 2021 to submit any response to prison officials for mailing; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey         s/ Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.